

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 160TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 21ST day of November, 2017, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| JOSEPH ABUZAID, Appellant | On Appeal from the 160th Judicial District Court, Dallas County, Texas |
| No. 05-16-00667-CV        V. | Trial Court Cause No. DC-15-06938. Opinion delivered by Justice Bridges. |
| ANANI, LLC, BIG D CONCRETE, INC., MUAMAR ANANI AND HANADI ANANI, Appellees | Justices Fillmore and Stoddart participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, we **VACATE** the exemplary damages award to appellees Anani, LLC and Big D Concrete, Inc. as follows:

3.  Judgment in favor of Plaintiff ANANI, LLC against Defendant JOSEPH ABUZAID for exemplary damages of $50,000;

4.  Judgment in favor of Plaintiff BIG D CONCRETE, INC. against Defendant JOSEPH ABUZAID for exemplary damages of $50,000.

In all other respects, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** each party bear their own cost of appeal.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 31st day of January, 2018.

LISA MATZ, Clerk